461 A.2d 876

Commonwealth v. Casiano, Appellant.
Petition for Allowance of Appeal Denied Nov. 1, 1983.

Argued March 23, 1981. Allen H. Smith, for appellant; Michael E. Bortner, Assistant District Attorney, submitted a brief on behalf of Commonwealth, appellee.

Before PRICE, WIEAND and LIPEZ, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.